

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00020-CV

———————————————

IN THE INTEREST OF N.L., N.L., AND V.F., CHILDREN

---

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-537718-13

---

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Memorandum Opinion by Justice Birdwell

# MEMORANDUM OPINION

Appellant Father filed a notice of appeal from the January 6, 2026 final order in a suit affecting the parent–child relationship in which the Department of Family and Protective Services was removed as the managing conservator of children N.L., N.L., and V.F.; the children's mother was appointed the children's sole managing conservator; and Father was appointed as the children's possessory conservator.

On March 16, 2026, this court notified Father that his appellant's brief, which was due on March 3, 2026, had not been filed as required by Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a) (explaining briefing deadline); *see also* Tex. R. App. P. 28.4(a)(2)(B) (explaining that child-protection appeals are accelerated). We informed Father that under Rule of Appellate Procedure 42.3(b), his appeal could be dismissed for want of prosecution unless he filed with the court, on or before March 26, 2026, a brief along with a motion reasonably explaining the failure to timely file his brief and the need for an extension. *See* Tex. R. App. P. 10.5(b) (setting out requirements for a motion to extend time), 38.8(a)(1) (explaining that if an appellant fails to timely file a brief, the appellate court may "dismiss the appeal for want of prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief"), 42.3(b) (allowing court to dismiss appeal for want of prosecution after giving ten days' notice to all parties).

Father has not responded. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

/s/ Wade Birdwell

Wade Birdwell
Justice

Delivered: April 16, 2026